No. 88–5370. SIMMONS v. VOGLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5372. JONES v. NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON. C. A. 11th Cir. Certiorari denied.

No. 88–5386. SINDRAM v. TAYLOR. Ct. App. D. C. Certiorari denied.

No. 88–5387. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5401. COWLING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5402. OPPEL v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 88–5405. IDDEEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5409. PACHECO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5413. PEPPARD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–5417. BRUNOT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5423. KELLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5427. COLLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5431. WISSEH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5444. LARA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5453. RODRIGUEZ-QUINONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.